CATHERINE SPEARMAN ET AL *v.* JOHN R. PAGE ET AL.

**Fraudulent Conveyance—Participation by Vendees.**

> In the absence of proof of knowledge of or participation in a conveyance of land by a defendant, by the vendees, held, not to constitute a fraud upon any creditor, especially where no proof is offered as to the insolvency of the defendant at the time of the transfer.

APPEAL FROM CLINTON CIRCUIT COURT.

December 15, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

Waiving the want of legal service on the infants which was not cured by the irregular appointment and answer of a guardian *ad litem,* the judgment must be reversed on the merits.

There is no proof of Kitty Gabbard's insolvency when she conveyed the land to Mrs. Spearman and her two infant children.

Desirous to sell before her removal, she offered the land to Luttrel, who refused to buy, at the same price given afterwards by Mrs. Spearman who paid the consideration of $100 when the conveyance was made. We cannot therefore see sufficient evidence of an intent by Kitty Gabbard to defraud any creditor imputed to her in the petition, and denied in the answers. But even if she was actuated by such motive there is no proof of a knowledge of it, or any participation in it by the vendees.

Wherefore the judgment for selling the land conveyed is reversed, and the cause remanded with instructions to dismiss the petition against the appellants.

*Winfrey, for appellants.*